**Form 224**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jerome V. Sadlek**
**aka Jerry Sadlek**
Debtor(s)

Bankruptcy Case No.: 23−22505−GLT

Chapter: 13
Docket No.: 10 − 1

## **CERTIFICATION**

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **November 21, 2023** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **December 5, 2023** and failure to meet that deadline would result in the dismissal of the case.

As of **December 8, 2023,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes
Clerk

## **ORDER**

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: December 8, 2023

Gregory L Taddonio
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jerome V. Sadlek  
    Debtor

Case No. 23-22505-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Dec 08, 2023      Form ID: 224      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jerome V. Sadlek, 4034 Crown Drive, South Park, PA 15129-5576 |
| 15659568 | + | Allegheny Health Network, 160 Gallery Drive, McMurray, PA 15317-2690 |
| 15659579 | + | Clearview Fcu/a-k Vall, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15659581 | + | Clearview Fcu/a-k Vall, Attn: Bankruptcy, 8805 University Blvd, Moon Twp, PA 15108-4212 |
| 15659593 | + | LendingUSA, 15021 Ventura Blvd #879, Sherman Oaks, CA 91403-2442 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 09 2023 00:06:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15663245 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 09 2023 00:06:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 15659569 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 09 2023 00:06:00 | American Honda Finance, Po Box 168128, Irving, TX 75016-8128 |
| 15659576 | + | EDI: CRFRSTNA.COM | Dec 09 2023 04:50:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15659575 | + | EDI: CRFRSTNA.COM | Dec 09 2023 04:50:00 | CFNA/Credit First Natl Assoc, Pob 81315, Cleveland, OH 44181-0315 |
| 15659571 | + | EDI: CAPITALONE.COM | Dec 09 2023 04:50:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15659572 | + | EDI: CAPITALONE.COM | Dec 09 2023 04:50:00 | Capital One/WalMart, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15659573 | + | EDI: CITICORP | Dec 09 2023 04:50:00 | Cbna, Attn: Centralized BankruptcyDept, Po Box 790034, St Louis, MO 63179-0034 |
| 15659574 | + | EDI: CITICORP | Dec 09 2023 04:50:00 | Cbna/Wayfair, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15659577 | ^ | MEBN | Dec 08 2023 23:51:49 | Chase Card Services, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15659584 | + | EDI: WFNNB.COM | Dec 09 2023 04:50:00 | Comenity Capital/Forever 21, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15659583 | + | EDI: WFNNB.COM | Dec 09 2023 04:50:00 | Comenity Capital/Forever 21, Po Box 182120, Columbus, OH 43218-2120 |
| 15659585 | | EDI: CITICORP | Dec 09 2023 04:50:00 | Department Store National Bank/Macy's, 9111 Duke Blvd, Mason, OH 45040 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 08, 2023 | Form ID: 224 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15659586 | | EDI: CITICORP | Dec 09 2023 04:50:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15659578 | | EDI: JPMORGANCHASE | Dec 09 2023 04:50:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15659588 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 09 2023 00:06:00 | Keybank NA, Attn: Bankruptcy, Oh-01-51-0622 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 15659587 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 09 2023 00:06:00 | Keybank NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15659590 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 09 2023 00:06:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15659589 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 09 2023 00:06:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15659591 | ^ | MEBN | Dec 08 2023 23:51:32 | LendingPoint LLC., 1201 Roberts Boulevard, Kennesaw, GA 30144-3612 |
| 15659592 | ^ | MEBN | Dec 08 2023 23:51:33 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144-3612 |
| 15659595 | | Email/Text: camanagement@mtb.com | Dec 09 2023 00:06:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15659594 | | Email/Text: camanagement@mtb.com | Dec 09 2023 00:06:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 15659596 | + | EDI: MAXMSAIDV | Dec 09 2023 04:50:00 | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 15659601 | + | EDI: NAVIENTFKASMSERV.COM | Dec 09 2023 04:50:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15659597 | + | EDI: NAVIENTFKASMSERV.COM | Dec 09 2023 04:50:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15659606 | ^ | MEBN | Dec 08 2023 23:51:43 | St. Clair Hospital, c/o Collection Service Center, Inc., 839 5th Ave., PO Box 560, New Kensington, PA 15068-0560 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| 15659570 | *+ | American Honda Finance, Po Box 168128, Irving, TX 75016-8128 |
| 15659582 | *+ | Clearview Fcu/a-k Vall, Attn: Bankruptcy, 8805 University Blvd, Moon Twp, PA 15108-4212 |
| 15659580 | *+ | Clearview Fcu/a-k Vall, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15659602 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15659603 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15659604 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15659605 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15659598 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15659599 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15659600 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |

TOTAL: 1 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 08, 2023 | Form ID: 224 | Total Noticed: 32 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2023 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com

Jeffrey Hunt
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Kenneth Steidl
on behalf of Debtor Jerome V. Sadlek julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 5